TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00099-CV

In re Charles H. Childers, Relator

HABEAS CORPUS PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

 By petition for writ of habeas corpus, Charles H. Childers challenges the district
court's order holding him in contempt and confining him to jail. The real party in interest has
informed us that Childers has been released from jail and moved to dismiss this petition as moot. 
Childers has not responded. We will grant the motion.

 We grant Childers's motion to proceed without paying the costs of this petition. 
We dismiss all other pending motions as moot. We dismiss this petition as moot.

Before Chief Justice Aboussie, Justices Kidd and B.A. Smith

Dismissed as Moot

Filed: July 15, 1999

Do Not Publish